UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIANNA M. DUFFY,<br><br>Defendant<br><br>**SEALED** | Criminal No. 19CR10225<br><br>Violations:<br><br>Count One: Tampering with a Consumer Product<br>(18 U.S.C. § 1365(a)(4))<br><br>Count Two: Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge<br>(21 U.S.C. § 843(a)(3))<br><br>Forfeiture Allegation<br>(21 U.S.C. § 853) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1. Defendant BRIANNA M. DUFFY ("DUFFY") was a resident of Haverhill, Massachusetts and a registered nurse employed by various professional staffing agencies.

2. Morphine was a Schedule II controlled substance. Morphine sulfate was a drug containing morphine and is an opioid used for pain relief.

3. The United States Food and Drug Administration (hereinafter "FDA") was an agency within the executive branch of the Government of the United States. The FDA was the agency responsible for protecting the health and safety of the public by ensuring, among other things, that drugs intended for use in humans were safe and effective for their intended uses and that the labeling of such drugs was true and accurate. As part of its mission to protect the public health, FDA—specifically its Office of Criminal Investigations—had the authority to investigate allegations of tampering with consumer products, including drugs.

### DUFFY's Theft of Victim 1's Morphine at Maplewood Care and Rehabilitation Center

4. From December 2016 until July 2017, DUFFY worked as a registered nurse at the Maplewood Care and Rehabilitation Center in Amesbury, Massachusetts (hereinafter "Maplewood").

5. While at Maplewood, DUFFY had access to morphine that was prescribed to Victim 1, a 68-year-old patient. Two bottles of morphine for Victim 1 were delivered to Maplewood on or about May 5, 2017. The bottles of morphine, however, were not administered to Victim 1 before May 15, 2017, when Victim 1 was transferred to a hospital.

6. Beginning on or about May 5, 2017, and continuing through on or about July 18, 2017, DUFFY removed morphine from two bottles that were prescribed to Victim 1. DUFFY removed the tamper-proof plastic seal around the cap of the bottles, poured out morphine, diluted the remaining morphine with another liquid, and reattached the tamper-proof plastic seal with tape. Testing later revealed that the diluted bottles only contained approximately 1.2% and 2.5% of the prescribed concentration of morphine.

7. On or about July 18, 2017, DUFFY tested positive for morphine, barbiturates, and benzodiazepines, and was fired from her nursing position.

### DUFFY's Tampering of Victim 2's Morphine at Hunt Nursing and Rehab

8. On March 17, 2019 and March 18, 2019, DUFFY worked as a registered nurse at Hunt Nursing and Rehab (hereinafter "Hunt") in Danvers, MA. DUFFY was supposed to administer morphine to Victim 2, an 89-year old hospice patient who received morphine every four hours for pain control. Instead, DUFFY tampered with Victim 2's morphine, which was manufactured in New York, by removing morphine and diluting Victim 2's bottle with another liquid. After DUFFY's tampering, laboratory tests later revealed that Victim 2's morphine

2

bottle only had 26% of the prescribed concentration of morphine. The diluted morphine was administered to Victim 2, causing Victim 2 unnecessary pain and bodily injury.

_____

## COUNT ONE
Tampering with a Consumer Product
(18 U.S.C. § 1365(a)(4))

9. From on or about March 17, 2019, and continuing through on or about March 18, 2019, in Danvers, in the District of Massachusetts, the defendant,

BRIANNA M. DUFFY,

with reckless disregard for the risk that another person would be placed in danger of death or bodily injury, and under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that affected interstate commerce, to wit, a bottle of morphine sulfate prescribed to Victim 2, and with the labeling and container for such product, by removing morphine sulfate from the bottle and replacing the removed liquid with another solution.

All in violation of Title 18, United States Code, Section 1365(a)(4).

## COUNT TWO
Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge
(21 U.S.C. § 843(a)(3))

10.     From on or about May 5, 2017, and continuing through on or about July 18, 2017, in Amesbury, in the District of Massachusetts, the defendant,

BRIANNA M. DUFFY,

did knowingly and intentionally acquire and obtain morphine sulfate, a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge, namely, the defendant, while working as a registered nurse, did divert morphine sulfate prescribed to Victim 1 for her own use.

All in violation of Title 21, United States Code, Section 843(a)(3).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

11. Upon conviction the offense in violation of Title 21, United States Code, Section 843(a), set forth in Count Two of this Indictment, the defendant,

BRIANNA M. DUFFY,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

12. If any of the property described in Paragraph 11, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant –

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 11 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
Elysa Q. Wan
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: July  2  , 2019
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

7-2-19

10:38 a.m.